People v Berrios

2026 NY Slip Op 02664

April 29, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Angel Berrios, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 29, 2026

2022-01990, (Ind. No. 1345/20)

Mark C. Dillon, J.P.

Colleen D. Duffy

Carl J. Landicino

Elena Goldberg Velazquez, JJ.

Patricia Pazner, New York, NY (Victoria L. Benton of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, Jordan Cerruti, and David Cao of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the Supreme Court, Kings County (John T. Hecht, J.), rendered March 14, 2022, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

ORDERED that the judgment is affirmed.

The defendant's contentions regarding the validity of the waiver of his right to appeal are without merit (see People v Lopez, 6 NY3d 248, 256; People v Cheristin, 239 AD3d 670, 670-671, lv granted 44 NY3d 1050). The defendant's valid waiver of his right to appeal precludes appellate review of his challenge to the hearing court's denial of his motion to suppress certain statements he made to law enforcement officials and physical evidence (see People v Camacho, 179 AD3d 831, 831-832; People v Garcia, 175 AD3d 612, 613).

DILLON, J.P., DUFFY, LANDICINO and GOLDBERG VELAZQUEZ, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court